606 A.2d 356

STATE OF NEW JERSEY, v. ADOLPHUS BAZEL HUNTER.

October 9, 1991.

Petition for certification is granted, and the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

606 A.2d 356

STATE OF NEW JERSEY, v. PATRICK DUNNIGAN.

October 21, 1991.

Petition for certification is granted, and it is further

ORDERED that the matter is summarily remanded to the Appellate Division, and that that court retain jurisdiction while remanding the matter to the trial court for clarification of the grounds for sentencing in light of the authority granted under N.J.S.A. 2C:43–6.2, and, if appropriate, the resentencing of defendant pursuant to that section of the statute.

Jurisdiction is not retained.